AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ANDERSEN, WAYNE R. | U.S. DISTRICT COURT, NDIL | 04/17/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street<br>Suite 1486<br>Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Rehabilitation Institute of Chicago |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 23 A 10: 55 FINANCIAL DISCLOSURE OFFICE

Andersen_Wayne_R

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Year 2008 | ███████ Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Illinois | April 21-22, 2008 | Champaign, Urbana | Symposium | Hotel and lunch |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ANDERSEN, WAYNE R. | 04/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account Glenview State Bank | A | Interest | J | T | | | | | |
| 2. Checking account Chase Bank/formerly Bank One | A | Interest | J | T | | | | | |
| 3. West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 4. IL. Judges Retirement System Pension Vested | E | Distribution | K | T | | | | | |
| 5. IL. Judges Retirement System Pension Vested | | None | J | T | | | | | |
| 6. IL. State Employees Retirement Vested | C | Distribution | J | T | | | | | |
| 7. U.S. Savings Bond | | None | L | T | | | | | |
| 8. US Savings Bond | | None | J | T | | | | | |
| 9. Northwestern Mutual Life Policies | | None | K | T | | | | | |
| 10. Deferred compensation, State of IL | | None | M | T | | | | | |
| 11. Accenture Ltd CL A | A | Dividend | J | T | Buy | 04/16 | J | | |
| 12. Accenture Ltd. CL A | A | Dividend | J | T | Buy (add'l) | 04/18 | J | | |
| 13. Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 14. Adobe Systems Inc. | A | Dividend | J | T | Buy (add'l) | 10/29 | J | | |
| 15. Aercap Holdings NV SHS | A | Dividend | J | T | | | | | |
| 16. Aercap Holdings HV SHS | A | Dividend | J | T | Buy (add'l) | 06/25 | J | | |
| 17. Annaly Capital Management Inc, REIT | A | Dividend | K | T | Buy | 12/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Inc. | A | Dividend | J | T | Buy | 03/06 | J | | |
| 19. Apple, Inc. | A | Dividend | | | Sold | 09/08 | J | A | |
| 20. Archer Daniels Midland Co. | | None | | | Sold | 01/17 | K | C | |
| 21. AT&T Inc. | A | Dividend | K | T | | | J | | |
| 22. Barclays PLC ADR | | None | | | Sold | 09/11 | J | | |
| 23. Avon Products Inc. | A | Dividend | K | | Buy | 06/10 | J | | |
| 24. BP PLC Spon Adr | A | Dividend | J | T | Buy | 12/11 | J | | |
| 25. Bristol Myers Squibb Co. | B | Dividend | K | T | Buy | 12/03 | K | | |
| 26. CME Group Inc. | A | Dividend | J | T | Buy | 07/08 | J | | |
| 27. CME Group Inc. | A | Dividend | J | T | Buy (add'l) | 10/07 | J | | |
| 28. Corning Inc. | A | Dividend | | | Sold | 07/31 | K | A | |
| 29. EMC Corp. MASS | A | Dividend | | | Sold | 08/06 | J | A | |
| 30. Forest Laboratories | | None | | | Sold | 09/19 | K | A | |
| 31. General Electrric | A | Dividend | | | Sold | 04/21 | K | A | |
| 32. Gilead Sciences Inc. | D | Dividend | K | T | | | K | | |
| 33. Intl Paper Co. | | None | | | Sold | 02/20 | K | A | |
| 34. Jones Lang LaSalle Inc. | D | Dividend | | | Sold | 01/02 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Chase & Co. | B | Dividend | K | T | Buy | 03/17 | K | | |
| 36. JP Morgan Chase & Co. | B | Dividend | | | Sold | 03/28 | K | B | |
| 37. Lazard LTD CLA MLP | C | Dividend | | | Sold | 05/06 | K | C | |
| 38. Life Time Fitness Inc. | A | Dividend | | | Sold | 04/08 | J | A | |
| 39. Marvel Entertainment Inc. | A | Dividend | J | T | Buy | 08/06 | K | | |
| 40. Marvel Entertainment Inc. | A | Dividend | | | Sold | 12/19 | K | A | |
| 41. McData* | | None | J | T | | | | | |
| 42. McDonalds Corp. | D | Dividend | K | T | | | | | |
| 43. MEMC Electronic Materials Inc. | A | Dividend | | | Sold | 12/11 | J | A | |
| 44. Microsoft Corp. | A | Dividend | | | Sold | 09/19 | K | A | |
| 45. Nat'l Bank Greece SA Spon ADR | A | Dividend | K | T | Buy (add'l) | 06/25 | J | | |
| 46. Pfizer Inc. | A | Dividend | K | T | Buy | 02/26 | K | | |
| 47. Pfizer Inc. | A | Dividend | | | Sold | 05/06 | K | A | |
| 48. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 49. Questar Corp. | A | Dividend | J | T | Buy | 08/19 | K | | |
| 50. SPDR Gold Trust (mutual fund) | A | Dividend | K | T | Buy | 06/19 | K | | |
| 51. SPDR Gold Trust (mutual fund) | B | Dividend | J | T | Buy (add'l) | 11/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stericycle Inc. | E | Dividend | | | Sold | 3/17 | L | E | |
| 53. Symantec | A | Dividend | J | T | Buy | 08/01 | J | | |
| 54. Syngenta AG Spon ADR | D | Dividend | | | Sold | 02/20 | K | D | |
| 55. Sygenta AG Spon ADR | C | Dividend | | | Sold | 03/12 | J | C | |
| 56. United Technologies Corp. | A | Dividend | K | T | Buy | 02/04 | K | | |
| 57. Wal Mart Stores Inc. | A | Dividend | J | T | Buy | 12/01 | K | | |
| 58. Walt Disney Co. (Holding Co.) Disney com | D | Dividend | J | T | | | | | |
| 59. Warner Chilcott Ltd CL A | A | Dividend | | | Sold | 03/11 | J | A | |
| 60. Zimmer Holdings Inc. | | None | | | Sold | 05/13 | J | A | |
| 61. American Century 20th Mutual Funds [The Ultra Fund] | A | Dividend | L | T | | | | | |
| 62. Anheuser Busch common stock | B | Dividend | | | Sold | 11/18 | K | F | |
| 63. Janus Mutual Funds [The Overseas Fund] | A | Dividend | L | T | | | | | |
| 64. Bank of America (formerly MBNA) | B | Dividend | | | Sold | 12/26 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

USBS Financial Services, Inc. is the custodian of my IRA account. UBS Financial Services, Inc. and Smith Moore & Company invest cash on hand in accounts held in their name in money market funds, which we believe, they choose and manage.

| Name of Person Reporting | Date of Report |
| --- | --- |
| ANDERSEN, WAYNE R. | 04/17/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544